IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT F. BARNARD,** as
personal representative of the estate
of Raymond Paulk, and
**ROBIN BAXLEY,** as the personal
representative of the estate of Michael
Scarberry,

    Plaintiffs,

vs.                        CASE NO. 5:10cv213/RS-MD

**GEICO GENERAL
INSURANCE COMPANY,**

    Defendant.
_____/

## ORDER

Defendant's motion to dismiss Paulk's complaint (Doc. 5) is **denied**. All three parties should have an opportunity of litigating the issues in this case. *See* 13 WILLISTON ON CONTRACTS § 37:62 (4th ed.). Defendant's potential liability to both Barnard and Baxley is ameliorated by the rule that a recovery by one bars recovery by the other. Thus, ultimately there will only be one satisfaction in this case, should the jury decide to award damages. *See* 13 WILLISTON ON CONTRACTS § 37:53 (4th ed.).

**ORDERED** on October 28, 2010.

                                    **/s/ Richard Smoak**
                                    **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**