IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT F. BARNARD**, as
personal representative of the estate
of Raymond Paulk, and
**ROBIN BAXLEY**, as the personal
representative of the estate of Michael
Scarberry,

    Plaintiffs,

vs.                                       CASE NO. 5:10cv213/RS-MD

**GEICO GENERAL
INSURANCE COMPANY**,

    Defendant.
_____/

## ORDER

The parties shall not later than November 8, 2010, file an amended report of the Rule 26(f) planning meeting that includes Plaintiff Robin Baxley, who has been joined to this case.

**ORDERED** on October 29, 2010.

                                            **/s/ Richard Smoak**
                                            **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**