IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT F. BARNARD, as Personal
Representative of the Estate of Raymond
Paulk,

    Plaintiff,

vs.     CASE NO. 5:10cv213/RS-MD

GEICO GENERAL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

The relief requested by the Joint Motion To Dispense With Mediation (Doc. 29) is **granted**.

**ORDERED** on February 8, 2011.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**