Transcript from recorded interview with 01 - Winnie B Paulk, claim # 0236268370101015

# Transcript from recorded interview with 01 - Winnie B Paulk Claim # 0236268370101015

*Data from original recording*

*IART=01 - Winnie B Paulk*

*ICMT=Interview by Selina Smith. (08J156 - 58522).*

*ICOP=01/08/2005 13:38:20*

*IGNR=GEICO Claim File Recorded Interview*

*IKEY=023626837-0101-015*

*IMED=Digital voice*

*INAM=Selina Smith. (08J156 - 58522)*

*IPRD=Recorder*

*ISBJ=023626837-0101-015 01 - Winnie B Paulk*

*ISFT=Pauses - None*

*ISRF=Recorded from Phone*

*Transcription text*

---

SS: THIS IS SELINA SMITH INTERVIEWING BY TELEPHONE FROM 1-800-648-2493 ON JANUARY 8TH 2005 AT APPROXIMATELY 1:38 P.M. WOULD YOU PLEASE STATE YOUR FULL NAME.

WP: WINNIE B. PAULK.

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company



1

GLC 3194

Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015

SS: MS. PAULK, WOULD YOU PLEASE SPELL YOUR NAME.

WP: W-I-N-N-I-E, B AS IN BOY, PAULK, AS IN PAUL, A-U-L-K.

SS: P-A-U-L-K.

WP: P-A-U-L-K.

SS: ALL RIGHT. MS. PAULK, DO YOU UNDERSTAND THAT THIS INTERVIEW IS BEING RECORDED?

WP: JUST A MOMENT.

SS: SURE.

WP: OKAY, GO AHEAD.

SS: OKAY. DO YOU UNDERSTAND THAT THIS INTERVIEW IS BEING RECORDED.

WP: DO I UNDERSTAND WHAT?

SS: DO YOU UNDERSTAND THAT THIS INTERVIEW IS BEING RECORDED?

WP: YES, MA'AM.

SS: IS THIS RECORDING BEING MADE WITH YOUR KNOWLEDGE AND CONSENT.

WP: YES, MA'AM.

SS: IS THIS RECORDING BEING MADE WITH YOUR PERMISSION.

WP: YES, MA'AM.

SS: AND DO YOU PLAN ON ANSWERING ALL THE QUESTIONS TO THE BEST OF YOUR KNOWLEDGE AND ABILITY.

WP: YES, MA'AM.

SS: OKAY. WOULD YOU PLEASE STATE YOUR FULL HOME ADDRESS.

WP: [REDACTED] MARIANNA, FLORIDA [REDACTED]

Thursday Jan 21, 2010    Page 2 of 19

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015

SS: HOME PHONE NUMBER AREA CODE FIRST?

WP: ███████

SS: YOUR AGE, PLEASE?

WP: FIFTY-TWO.

SS: DATE OF BIRTH?

WP: 12/13/1952.

SS: SOCIAL SECURITY NUMBER?

WP: ███████

SS: AND MAY I GET YOUR DRIVER'S LICENSE NUMBER, PLEASE, MS. PAULK?

WP: YES, JUST A MOMENT. ███████

SS: AND THAT'S A FLORIDA LICENSE?

WP: YES, MA'AM.

SS: MARITAL STATUS?

WP: MARRIED.

SS: HUSBAND'S FIRST NAME?

WP: RAYMOND.

SS: ALL RIGHT. AND WHAT TYPE OF WORK DO YOU DO?

WP: APARTMENT MANAGER.

SS: AND YOU WORK FOR WHO?

WP: GOOD WILL INDUSTRY.

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

GLC 3196

```
Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015
```

SS: AND DO YOU HAVE A WORK NUMBER?

WP: [REDACTED]

SS: THANK YOU. ALL RIGHT. MS. PAULK, THE REASON WHY WE'RE HAVING, DOING THIS STATEMENT TODAY IS BECAUSE OF AN INCIDENT THAT HAPPENED ON JANUARY 7, 2005, WITH ONE OF YOUR VEHICLES. DO YOU KNOW WHICH VEHICLE, CAN YOU REMEMBER WHAT VEHICLE THAT IS?

WP: YES, MA'AM. IT'S THE MAZDA VAN.

SS: WHAT YEAR IS THAT VEHICLE. DO YOU KNOW?

WP: JUST A MOMENT. 1994.

SS: AND WHAT COLOR IS IT.

WP: CHAMPAGNE.

SS: THE VEHICLE'S REGISTERED TO YOU?

WP: MY HUSBAND, RAYMOND FRANKLIN PAULK.

SS: OKAY. NOW, THE DRIVER OF THAT VEHICLE WAS WHO.

WP: LOYULA, L-O-Y-U-L-A, SELLERS.

SS: OKAY. AND SHE IS WHAT TO YOU.

WP: MY DAUGHTER.

SS: HOW OLD IS SHE?

WP: THIRTY-THREE.

SS: ALL RIGHT. DID YOUR DAUGHTER HAVE PERMISSION TO DRIVE THE VEHICLE?

WP: YES, MA'AM.

SS: DO YOU REMEMBER THE DATE SHE WAS DRIVING AND AN INCIDENT

Thursday Jan 21, 2010   Page 4 of 19

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

4

GLC 3197

Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015

    HAPPENED?

WP:    AND THIS INCIDENT HAPPENED?

SS:    YES, MA'AM.

WP:    YES, MA'AM. YESTERDAY. AT, UH, LAST NIGHT.

SS:    JANUARY 7, 2005?

WP:    OH, YES, MA'AM. I'M SORRY, JANUARY 7, 2005.

SS:    ABOUT WHAT TIME DID IT HAPPEN.

WP:    ABOUT 7:30.

SS:    7:30 P.M. AND DO YOU REMEMBER, DO YOU KNOW WHAT THE WEATHER WAS THAT DAY?

WP:    UH, IT WAS A LITTLE FOGGY.

SS:    OKAY. ALL RIGHT. SO, YOUR DAUGHTER HAD YOUR--

WP:    MAYBE NOT FOGGY, BUT IT WAS A LITTLE HAZY. WASN'T FOGGY, BUT JUST, YOU KNOW, AND IT WASN'T RAINING OR ANYTHING. IT WAS JUST HAZY.

SS:    OKAY. YOUR, YOUR DAUGHTER, HOW DID SHE GET THE VEHICLE.

WP:    HOW DID SHE GET THE VEHICLE?

SS:    YEAH, DID YOU GIVE HER PERMISSION TO DRIVE THE VEHICLE?

WP:    I GAVE HER PERMISSION TO DRIVE THE VEHICLE.

SS:    OKAY. YOU GAVE HER PERMISSION TO DRIVE THE VEHICLE, UH--

WP:    YES, MA'AM.

SS:    --YOU GAVE, YOU GAVE HER THE KEYS.

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

GLC 3198

Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015

WP: PARDON ME?

SS: DID YOU GIVE HER THE KEYS? OR DID SHE HAVE POSSESSION OF THE KEYS ALREADY.

WP: THE KEYS WERE ON MY TABLE AND I GAVE HER THE KEYS.

SS: OKAY. OKAY. IS, UH, IS MS. SELLERS YOUR NATURAL DAUGHTER?

WP: YES, MA'AM.

SS: OKAY. WHAT'S HER DATE OF BIRTH.

WP: 10/01/71.

SS: OKAY. OKAY, YOU TOLD ME YOUR DAUGHTER WAS 43, BUT IF—

WP: NO, 33.

SS: THIRTY-THREE. THANK YOU.

WP: HM, MMM.

SS: ALL RIGHT. IT COULD BE MY EARS, JUST (INAUDIBLE—BOTH TALKING)

WP: OKAY.

SS: OKAY, THAT'S WHY I ASKED YOU WAS SHE YOUR NATURAL DAUGHTER.

WP: OH.

SS: THANK YOU. OKAY. SO, UH, THE KEYS WERE ON THE TABLE AND YOU GAVE HER THE KEYS.

WP: YES.

SS: HOW OFTEN DOES SHE DRIVE YOUR VEHICLE OR THIS VEHICLE OR ANY OF 'EM.

WP: OH, I DON'T KNOW. ONCE A WEEK. VERY SHORT DISTANCES, YOU KNOW, TO RUN A ERRAND OR SOMETHIN'.

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

GLC 3199

Transcript from recorded interview with 01 - Winnie B Paulk, claim # 0236268370101015

SS:  WHAT WAS THE REASON FOR HER USING IT YESTERDAY.

WP:  WE, UH, TRANSPORTING, UH, HER OLDEST CHILD TO A FRIEND.

SS:  WHEN THE ACCIDENT HAPPENED, HAD SHE ALREADY DROPPED OFF THE OLDEST CHILD?

WP:  YES.

SS:  OKAY. SO, UH, DOES YOUR DAUGHTER OWN A VEHICLE OF HER OWN.

WP:  NO, MA'AM. JUST WHEN SHE NEEDS TO GO, SHE USES, UH, THE BUICK.

SS:  SO NORMALLY, SHE WOULD'VE BEEN DRIVING THE BUICK. IF SHE (INAUDIBLE—BOTH TALKING)

WP:  UH, YEAH.

SS:  IF SHE NEEDED TO BORROW A VEHICLE, YOU WOULD LOAN HER THE BUICK.

WP:  WELL, NO, I—

SS:  NO?

WP:  —SHE, SHE'S GOT CHILDREN, SO USUALLY SHE DRIVES THE VAN. SHE AND HER HUSBAND ARE SEPARATED AND, AND, SO, YOU KNOW, THAT, SHE JUST USES MY VEHICLE WHENEVER SHE HAS TO USE IT.

SS:  HOW LONG HAS SHE BEEN SEPARATED FROM HER HUSBAND.

WP:  'BOUT FOUR MONTHS.

SS:  OKAY. DOES HE OWN A VEHICLE?

WP:  YES, MA'AM. BUT I DON'T KNOW ANYTHING ABOUT IT. COULDN'T EVEN TELL YOU WHAT KIND.

SS:  BUT HE DOES NOT LIVE WHERE YOUR, YOUR DAUGHTER LIVES.

WP:  NO, MA'AM.

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

7

GLC 3200

Transcript from recorded interview with 01 - Winnie B Paulk, claim # 0236268370101015

SS: SO YOU SAID FOUR MONTHS, CORRECT?

WP: HM, MMM.

SS: OKAY, THANK YOU.

WP: YES, MA'AM.

SS: ALL RIGHT. COULD I GET YOUR DAUGHTER'S PHYSICAL ADDRESS?

WP: [redacted]

SS: UH, HUH?

WP: [redacted]

SS: AND THAT'S FLORIDA, CORRECT?

WP: CORRECT.

SS: AND HER HOME PHONE NUMBER?

WP: [redacted]

SS: DOES YOUR DAUGHTER WORK?

WP: NO, MA'AM.

SS: HOW MANY CHILDREN TOTAL DOES SHE HAVE.

WP: FOUR.

SS: OKAY.

WP: THE YOUNGEST IS THREE MONTHS. EXCUSE ME, TWO MONTHS.

SS: OKAY. AND THE OLDEST IS HOW OLD?

WP: TWELVE.

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

GLC 3201

Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015

SS: SHE ONLY HAD ONE OF HER CHILDREN IN THE CAR AT THE TIME OF THE ACCIDENT.

WP: CORRECT.

SS: YOUR DAUGHTER WAS INJURED IN THE ACCIDENT. SHE WENT TO WHAT HOSPITAL.

WP: JACKSON HOSPITAL. MARIANNA.

SS: WHAT ARE HER INJURIES. THAT YOU KNOW OF.

WP: FRACTURED ARM, UH, WRIST.

SS: WHICH ARM.

WP: LEFT. AND STITCHES ON, ON HER CHIN AND, AND HAIRLINE IN HER FOREHEAD.

SS: ALL RIGHT. DO YOU KNOW IF SHE WAS SEAT-BELTED IN THE CAR?

WP: YES, SHE SAID SHE WAS.

SS: OKAY.

WP: AND SHE USUALLY ALWAYS IS. I NEVER SEE HER WITHOUT A SEAT BELT.

SS: THANK YOU. WHAT ABOUT THE CHILDREN.

WP: THEY WERE SEAT-BELTED TOGETHER IN THE BACK, IN THE SECOND SEAT.

SS: IN THE FRONT SEAT? OH, THE SECOND--

WP: NO, THE--

SS: NO?

WP: --YEAH, THE SECOND.

SS: YOU'RE IN THE VAN.

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

GLC 3202

```
Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015
```

WP: IN THE, YEAH.

SS: SO THE MIDDLE SEAT.

WP: THE MIDDLE SEAT, YEAH.

SS: OKAY. YOU'VE GOT TWO SEATS IN THE FRONT, ONE FOR THE DRIVER, ONE FOR THE FRONT PASSENGER.

WP: HM, MMM.

SS: THEN, BEHIND THAT IS THERE TWO SEATS THERE?

WP: NO, MA'AM.

SS: IT'S NOT TWO SEATS?

WP: YES, THERE'S TWO SEATS.

SS: BUT THEY WERE SEAT-BELTED TOGETHER?

WP: OKAY. THERE'S THREE ROWS OF SEATS.

SS: YES, MA'AM.

WP: THE SECOND SEAT IS LIKE A PARTIAL SEAT--

SS: OKAY.

WP: --LIKE A 60 PERCENT WIDTH.

SS: OKAY.

WP: AND THEY WERE BOTH IN ONE BELT THERE.

SS: SO THAT SEAT IS ONLY REALLY FOR ONE PERSON?

WP: NO, MA'AM. IT HAD A BABY SEAT IN IT.

SS: OH, SO ONE OF 'EM WAS IN THE BABY SEAT?

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

GLC 3203

Transcript from recorded interview with 01 - Winnie B Paulk, claim # 0236268370101015

WP: NO, MA'AM.

SS: NO?

WP: THE BABY SEAT WAS THERE.

SS: OKAY.

WP: SO THAT JUST LEFT THE SPACE, YOU KNOW, AND SHE BELTED 'EM IN, BOTH IN ONE SEAT BELT.

SS: OKAY. NOW, WERE THERE NOT SEATS BEHIND THAT ROW OF SEATS?

WP: WELL, IT WAS ROLLED DOWN.

SS: IT WAS ROLLED DOWN?

WP: IT WAS ROLLED DOWN AND I WASN'T ABLE TO GET IT UP AND MY HUSBAND WASN'T AVAILABLE, SO WE JUST LEFT IT DOWN, YOU KNOW, A COUPLE OF DAYS AGO.

SS: YES, MA'AM. SO YOUR MTB, YOUR, YOUR MAZDA. IT IS AN MTB. AM I CORRECT IN SAYING THAT?

WP: YOU ARE CORRECT.

SS: OKAY. DOES IT HAVE THE DOORS, THE SLIDING DOOR ON BOTH SIDES?

WP: NO, MA'AM, IT'S GOT, IT DOESN'T HAVE A SLIDING DOOR.

SS: OKAY. ON THE, ON THE PASS, ON THE DRIVER'S SIDE, THERE'S NO SLIDING DOOR.

WP: NO DOOR AT ALL EXCEPT THE DRIVER'S DOOR.

SS: OH, OKAY, SO ON THE PASSENGER SIDE, IS THERE A SLIDING DOOR.

WP: NO SLIDING DOOR.

SS: NO SLIDING DOOR.

This document and its contents are privileged, confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015

WP: NO.

SS: IT, IT JUST OPENS UP (INAUDIBLE—BOTH TALKING)

WP: IT OPENS UP, YES.

SS: OKAY. IT HAS A HATCH ON THE BACK?

WP: YES.

SS: OKAY. SO CAN YOU TELL ME WHO WAS ON THE INSIDE, UH—

WP: I, I DON'T KNOW.

SS: YOU DON'T KNOW. OKAY.

WP: AND, AND I DON'T THINK SHE KNOWS.

SS: OKAY.

WP: BECAUSE THE KIDS HAD CLIMBED IN THE FRONT SEAT AND SHE TOLD 'EM TO CLIMB THROUGH, YOU KNOW, THE BUCKET SEATS TO GET TO THE BACK AND, YOU KNOW, AS THEY ALL LOADED UP.

SS: YES, MA'AM.

WP: AND THEY CLIMBED THROUGH AND IT WAS AFTER DARK, SO I DON'T KNOW AND SHE DON'T REMEMBER.

SS: SO SHE, YOU DON'T KNOW IF SHE EVEN LOOKED BACK TO SEE IF THEY WERE BUCKLED.

WP: AS FAR AS I KNOW, SHE BUCKLED 'EM.

SS: OKAY. SHE BUCKLED 'EM.

WP: HM, MMM.

SS: OKAY.

WP: AS FAR AS I KNOW, NOW.

This document and its contents are privileged, confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

12

GLC 3205

Transcript from recorded interview with 01 - Winnie B Paulk, claim # 0236268370101015

SS: YES, MA'AM.

WP: 'CAUSE BOTH OF 'EM ARE OR MY, OUR GRANDSON IS OLD ENOUGH TO DO HIS OWN.

SS: ONE MOMENT. OKAY. SO AS FAR AS YOU KNOW, THEY WERE BUCKLED IN.

WP: PARDON ME?

SS: AS FAR AS YOU KNOW, THE BOYS WERE, WERE SEAT-BELTED.

WP: YES, MA'AM.

SS: OKAY. SO BASICALLY ALL YOUR DAUGHTER TOLD YOU THAT HAPPENED WAS THAT THERE WAS A CAR IN FRONT OF HER THAT WAS, HAD HIS FLASHERS ON, COULD YOU TELL ME THAT AGAIN? 'CAUSE YOU TOLD ME BEFORE WE STARTED THE STATEMENT.

WP: OH, I'M SORRY.

SS: SO IF YOU COULD TELL ME NOW JUST WHAT YOU SAY THAT SHE TOLD YOU.

WP: OKAY. AS SHE CAME OVER A HILL AND AROUND A CURVE, SHE SAW A CAR OR A VEHICLE HALF ON THE ROAD AND HALF OFF THE ROAD WITH THE HAZARD LIGHTS ON, BUT AS SHE APPROACHED THAT VEHICLE FROM THE REAR, SHE WAS, IT WAS CLEAR THE ONCOMING LANE WAS CLEAR, SO SHE WAS GONNA GO TO THE LEFT AND PASS THE VEHICLE WITH THE HAZARD LIGHTS. BUT, AS SHE GOT OVER AND SHE KINDA THINKS SHE MIGHT HAVE BEEN IN THEIR BLIND SPOT BECAUSE THEN, THEY TURNED TO THEIR LEFT, WHICH WAS LIKE GONNA MAKE A TURNAROUND TO GO BACK IN THE DIRECTION THEY WERE COMING FROM, SO WHEN SHE SAW THAT, SHE GOT BACK TO HER RIGHT-HAND LANE, BUT OVERCORRECTED I GUESS AND HER RIGHT WHEEL HIT THE, THE GRASS AND SHE PUT ON BRAKES AND THEN, SHE DON'T, YOU KNOW, JUST WENT TO FLIPPIN' AND LOST CONTROL.

SS: OKAY. SO YOU THINK THE VEHICLE BASICALLY, DID THE VEHICLE FLIP?

WP: PARDON?

SS: WHEN IT HIT THE GRASS, DID IT FLIP?

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

GLC 3206

Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015

WP: SHE DON'T REALLY KNOW WHAT IT STARTED, YOU KNOW, I DON'T KNOW IF IT SPIN OR I THINK THE HIGHWAY PATROLMAN DID SAY THAT IT, IT DIDN'T, IT SLID ON ITS SIDE, SO I DON'T KNOW IF IT STARTED FLIPPIN' THEN. I, I REALLY DO NOT KNOW.

SS: WHERE DID THIS HAPPEN AT.

WP: ON HIGHWAY 167, MARIANNA, JACKSON COUNTY, FLORIDA.

SS: WHAT POLICE CAME OUT. DO YOU KNOW?

WP: JACKSON COUNTY SHERIFF'S DEPARTMENT.

SS: DID THEY GIVE YOUR DAUGHTER A TICKET OR ANYTHING?

WP: NO, MA'AM.

SS: DID THE POLICE SAY THERE WERE ANY WITNESSES?

WP: NO, MA'AM. UH, THERE WAS NOTHIN', I HAD, WAS ABOUT A MILE AHEAD OF HER, BUT I DID NOT SEE ANYTHING.

SS: YOU WERE OUT THERE ALSO?

WP: YES, BUT I DIDN'T SEE ANYTHING.

SS: WERE, OKAY--

WP: I WAS ON MY CAR.

SS: WERE YOU TWO FOLLOWING EACH OTHER?

WP: WE HAD BEEN TO THE SAME PLACE.

SS: YOU HAD BEEN TO THE SAME FRIEND'S HOUSE.

WP: SAME FRIENDS, YES, MA'AM.

SS: BUT YOU, DID YOU LEAVE BEFORE HER?

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

Transcript from recorded interview with 01 - Winnie B Paulk, claim # 0236268370101015

WP: WELL, YEAH, BUT I, NOT REALLY BEFORE HER, JUST A FEW MINUTES, BUT I WAS PROBABLY DRIVIN' A LITTLE FASTER THAN HER.

SS: DID YOU PASS THE SAME VEHICLE IN THE ROAD?

WP: I DIDN'T PASS THE VEHICLE WHEN IT WAS HAZARD, BUT I SAW A VEHICLE, BUT I DON'T KNOW THAT IT WAS THE SAME ONE, SO I CANNOT SAY. I DID NOT SEE ANY VEHICLE WITH EMERGENCY FLASHERS. I JUST SAW A VEHICLE FROM A SIDE ROAD.

SS: DID YOU, UH, WAS THERE A REASON THAT YOU HAD, UH, UH, DRIVEN SEPARATE VEHICLES TO THE SAME PLACE?

WP: WE HAD, I HAD PICKED UP SOME OF THE CHIL, THE LITTLE CHILDREN FROM THE DAY CAR.

SS: OKAY.

WP: AND WE HAD MET BACK AND, YOU KNOW, WITH ALL THE, THE BABY SEATS AND STUFF, YOU KNOW, SHE'S GOT A THREE-MONTH OR TWO-MONTH OLD AND THEY GOT A 18-MONTH OLD AND THEN GAGE AND HIS FRIEND AND THEN HAD STEPHANIE, THE 12-YEAR-OLD.

SS: SO YOU, WHEN YOU WERE ABOUT A MILE UP FROM HER, YOU HAD THE OTHER KIDS IN THE CAR WITH YOU.

WP: YEAH, AND I DIDN'T EVEN SEE ANYTHING. I DIDN'T KNOW ANYTHING 'TIL I GOT HOME.

SS: SO DID THAT, OKAY, SHE'S GOT FOUR KIDS AND A CAR SEAT AND EVERYTHING ELSE, THEY REALLY COULDN'T BE IN THE SAME VEHICLE ESPECIALLY WITH (INAUDIBLE—BOTH TALKING)

WP: WELL, WE JUST, YEAH, SEE I COULDN'T GET THAT BACK SEAT THING UP.

SS: RIGHT.

WP: AND MY HUSBAND WAS NOT WHERE I COULD, YOU KNOW, GET HIM TO DO IT AND WE WERE JUST, YOU KNOW, IT WAS JUST FRIDAY AFTERNOON PICKIN' UP KIDS FROM DAY CARE AND STEPHANIE FROM GYMNASTICS AND, YOU KNOW, JUST AND STEPHANIE WAS GOIN' TO SPEND THE NIGHT

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

GLC 3208

Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015

      WITH A FRIEND AND, YOU KNOW, JUST SO MUCH GOIN' ON 'TIL, OH, AND I THINK I HAD A BOX STORED BACK THERE AND, AND A PLASTIC CRATE. YOU KNOW WHERE THE BACK SEAT WAS LET DOWN.

SS: RIGHT. SO WAS TAKING 'EM TO GYMNASTICS AND OTHER THINGS THAT THEY DO AFTER SCHOOL?

WP: YEAH. NO, WE WERE PICKIN' 'EM UP FROM, YEAH.

SS: ALL RIGHT. IS THERE ANYTHING ELSE YOU WOULD CARE TO ADD, UH, TALK ABOUT CONCERNING ANYTHING THAT YOU KNOW OR ANYTHING YOU CAN SAY ABOUT THE PERMISSIVE USE OF THE VEHICLE OR ANYTHING THAT WAS, UH, CONCERNING THIS ACCIDENT?

WP: NOT THAT I'M AWARE OF AT THIS TIME. I, YOU KNOW, LIKE I SAID, I DID NOT SEE ANYTHING, DID NOT KNOW ANYTHING 'TIL I GOT HOME.

SS: OKAY, LET ME ASK YOU, YOU SAID THAT YOUR DAUGHTER, YOU TOLD ME YOUR DAUGHTER'S INJURIES, BUT WHAT ABOUT, UH, THERE WAS SOMEONE ELSE, TWO OTHER PEOPLE IN THE VEHICLE, CORRECT?

WP: IN THE VAN.

SS: IN THE VAN, EXCUSE ME, UH, ONE WAS YOUR GRANDSON AND ONE WAS ANOTHER LITTLE BOY?

WP: THE GRANDSON'S SPEND-THE-NIGHT FRIEND.

SS: OH, YOUR GRANDSON--

WP: WAS GONNA HAVE COMPANY. IT WAS AND HE WAS, IT WAS A FRIEND.

SS: THE FRIEND THAT WAS IN THE CAR WAS GONNA SPEND THE NIGHT WITH YOUR GRANDSON.

WP: IN THE VAN.

SS: IN THE, I'M SORRY, THE--

WP: OKAY.

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

GLC 3209

Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015

SS: —FRIEND THAT WAS IN THE VAN WAS GONNA SPEND THE NIGHT WITH YOUR GRANDSON.

WP: CORRECT.

SS: OH, OKAY. WHAT'S YOUR GRANDSON'S NAME.

WP: GAGE. G-A-G-E.

SS: AND HIS LAST NAME?

WP: SELLERS.

SS: OKAY. AND HOW OLD IS HE?

WP: FOUR.

SS: WAS HE INJURED?

WP: HE HAD A, 15 STITCHES ON HIS HEAD AND 3 ON HIS LIP.

SS: OKAY. AND, AND THE FRIEND THAT WAS IN THE CAR, WHAT'S HIS NAME?

WP: JESSE—

SS: OKAY.

WP: —AND I DO NOT KNOW THE LAST NAME.

SS: YES, MA'AM. ALL RIGHT. AND HE, WAS HE THE SAME AGE AS GAGE?

WP: YES, HE WAS FOUR.

SS: DO YOU KNOW HIS PARENTS' NAME AT ALL?

WP: I KNOW THEIR FIRST NAME. THE MOTHER, I DON'T KNOW THE LAST NAME.

SS: OKAY. WHAT'S THE MOTHER'S FIRST NAME.

WP: ROBIN.

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

17

GLC 3210

Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015

SS: DO YOU KNOW WHAT STREET SHE LIVED ON?

WP: NO, MA'AM.

SS: OKAY. ALL RIGHT. AND, AND--

WP: SHE LIVES IN THE COUNTRY, SO I DON'T KNOW, YOU KNOW, I DON'T KNOW, I JUST KNOW THE LOCATION.

SS: YOUR DAUGHTER HAD PICKED HIM UP FROM HER HOUSE?

WP: NO, SHE HAD BROUGHT HIM TO HER HOUSE, TO MY DAUGHTER'S HOUSE.

SS: OH, SO ROBIN--

WP: THE SISTER. ROBIN'S OLDEST DAUGHTER HAD BROUGHT JESSE TO MY DAUGHTER'S HOUSE.

SS: OKAY. BUT HE WAS SUPPOSED TO SPEND THE NIGHT.

WP: HM, MMM.

SS: WITH GAGE.

WP: CORRECT.

SS: ALL RIGHT. AND WHAT WAS JESSE'S INJURY. JESSE, WAS HE THE, OKAY, I'M GETTING (INAUDIBLE)

WP: YES.

SS: HE WAS THE ONE THAT WAS KILLED IN THE ACCIDENT.

WP: HM, MMM.

SS: ALL RIGHT. MS. PAULK, IS THERE ANYTHING ELSE YOU WOULD CARE TO ADD? OR FEEL YOU NEED TO ADD AT THIS TIME?

WP: NO, MA'AM.

SS: HAVE YOU UNDERSTOOD ALL THE QUESTIONS THAT I'VE ASKED YOU

Thursday Jan 21, 2010    Page 18 of 19

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

GLC 3211

Transcript from recorded interview with 01 - Winnie B Paulk,
claim # 0236268370101015

      CONCERNING THE PERMISSIVE USE OF YOUR VEHICLE AND, UH, WHAT YOUR DAUGHTER, WHAT YOU KNOW OF THE ACCIDENT DETAIL?

WP: I HAVE ANSWERED TO MY KNOWLEDGE, YES.

SS: OKAY. HAVE I HAD YOUR PERMISSION FOR THIS RECORDED STATEMENT.

WP: YES, MA'AM.

SS: AND YOU WERE AWARE THAT I WAS RECORDING OUR CONVERSATION.

WP: YES, MA'AM.

SS: WOULD YOU PLEASE STATE YOUR NAME AGAIN?

WP: WINNIE B. PAULK.

SS: OKAY. THIS IS SELINA SMITH CONCLUDING A RECORDED INTERVIEW WITH WINNIE B. PAULK ON JANUARY 8TH 2005 AT APPROXIMATELY 2:07 P.M. I WILL TURN OFF THE RECORDER NOW, IF IT'S OKAY WITH YOU.

WP: YES, MA'AM.

SS: THANK YOU VERY MUCH.

/LM
012110

This document and its contents are privileged confidential information of the GEICO Insurance Companies
© Government Employees Insurance Company

19

GLC 3212