IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT F. BARNARD, as Personal
Representative of the Estate of Raymond
Paulk,

    Plaintiff,

vs.                                        CASE NO. 5:10cv213/RS-CJK

GEICO GENERAL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Before me is Geico's Motion To File Bill Of Costs Out Of Time (Doc. 104).

**IT IS ORDERED:**

1. Defendant is granted leave to file its Bill of Costs out of time as an exhibit to its Motion on June 9, 2011.

2. The clerk of the court shall tax costs for Defendant in accordance with 28 U.S.C. §1920. The clerk shall disallow the claim of $6,393.49 for copies. Defendant has failed to show that the copies were necessarily obtained for use in the case.

**ORDERED** on June 14, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**